09 CIV 10033

JUDGE STEIN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------x
PITBULL PRODUCTIONS, INC.,        )
                   Plaintiff,     )
        v.                        )        Case No. _____
                                  )
                                  )        COMPLAINT
                                  )
                                  )        JURY TRIAL DEMANDED
THUGSTATUS, JOHN DOES 1-5,        )
                   Defendants.    )
-------------------------------------------x
```

RECEIVED DEC 07 2009 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff Pitbull Productions, Inc. ("Plaintiff" or "Pitbull") through its attorneys of record herein, alleges as follows:

## NATURE OF THE ACTION

1.     Plaintiff brings this action to stop Defendants from continuing to encourage, enable and profit from the infringement of Plaintiff's copyrights, trademarks and trade dress ("Plaintiff's Intellectual Property") on the Internet.  Defendants have developed and control a website, http://www.thugstatus.com ("Defendants' Website"), largely dedicated to the repeated and exploitative unauthorized distribution and reproduction of Plaintiff's Intellectual Property.  Defendants provide their users with a fully integrated infrastructure that connects them to infringing digital files.  The Defendants' Website encourages users to infringe through a reward system that gives users more extensive access according to their longevity as a member, the amount of infringing content they upload and the extent of their activity on the website. Defendants are building a business based on the daily massive infringement that they enable and encourage.  Defendants' conduct has caused and continues to cause Plaintiff grave and irreparable harm.

## THE PARTIES

2.    Plaintiff is a company organized and existing under the laws of Delaware with a place of business at 200 East 116th Street, Suite 2S, New York, New York 10029.

3.    Defendant Thugstatus' place of business is unknown. On information and belief, Thugstatus has obfuscated its business address by providing materially false registration information to the public domain name registry.

4.    John Does 1-5 have engaged in trademark and copyright infringement and/or encouraged others to engage in trademark and copyright infringement.

5.    On information and belief, John Does 1-5 are various individuals responsible for distributing and aiding others in the distribution of infringing goods.

## JURISDICTION AND VENUE

6.    The Court has jurisdiction over this action pursuant to 28 U.S.C. §1331, §1338, and §1367 as the present case arises under the Lanham Act, 15 U.S.C. §1051, *et seq.*, as amended, the Copyright Act, 17 U.S.C. §101, *et seq.*

7.    On information and belief, Defendants actively target the New York market and consumers.

8.    On information and belief, Defendants have committed acts of copyright infringement, trademark infringement, trade dress infringement and unfair competition in this District.

9.    On information and belief, Defendants have directed their acts of infringement directly and willfully at Plaintiff.

10.    On information and belief, Defendants are subject to the jurisdiction of this Court, and venue is proper in this District pursuant to 28 U.S.C. §1391 and 1400.

## FACTUAL BACKGROUND

11.     Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 10 as though fully set forth herein.

12.     Plaintiff is a company dedicated to adult entertainment movies and websites.

13.     Plaintiff, among other things, produces and distributes adult entertainment movies through its websites at http://www.thugporn.com, http://www.netdixx.com, and http://www.thugmart.com.

14.     For the audiovisual works at issue in this matter ("Plaintiff's Audiovisual Works"), Plaintiff either holds copyright registration certificates from the United States Copyright Office or is in the process of applying for registration. See attached Exhibit A for the registration certificates for the copyrighted audiovisual works. See attached Exhibit B for a list of works for which the applications for registration may be pending or issued during the current lawsuit.

15.     Plaintiff has applied for and obtained various registered trademarks as used in connection with the sale and distribution of Plaintiff's Audiovisual Works. See attached Exhibit C for a list of Plaintiff's registered trademarks.

16.     Plaintiff has common law trademark rights in the various word and design marks for each of the titles attached hereto as Exhibit D, as used in connection with the sale and distribution of Plaintiff's Audiovisual Works.

17.     Plaintiff has trade dress rights in each of the titles attached hereto as Exhibit D, as used in connection with the sale and distribution of Plaintiff's Audiovisual Works.

3

18.    Each of Plaintiff's Audiovisual Works is marked with one or more of Plaintiff's trademarks, a copyright notice, and a warning that unauthorized copying is illegal and will be prosecuted.

19.    Plaintiff has gained nationwide recognition for its audiovisual works produced and sold under its trademarks as a result of its widespread distribution of pre-recorded digital videos, CD's, video tapes, laser disks and DVD's and marketing efforts.

20.    On or about November 15, 2009, a representative of Plaintiff became aware of postings of Plaintiff's Intellectual Property on Defendants' Website.

21.    The Internet is a worldwide network of millions of computers and computer networks that enable computer users to communicate with one another through the transmission of information from one computer to another. Recent years have seen the development and refinement of technologies for the reproduction and distribution of various types of infringing files, including files containing images and motion pictures.

22.    On information and belief, Defendants' Website is a forum website dedicated to the gay black community that provides users, among other things, the ability to share, view and download adult videos and related content.

23.    On information and belief, at least an entire section of Defendants' Website is devoted to unauthorized electronic reproductions of adult videos and related content.

24.    Defendants have created and control an extensive and integrated network that uses the Internet to connect people throughout the world and encourages and enables them to pool various types of infringing files. Defendants provide their users with the infrastructure, technological means and support and services to accomplish these

infringements. Defendants are involved in and enable this process in a way that assists and facilitates their users' infringements.

25.    Defendants have made their website available throughout the United States and the world. At any given time, an enormous number of infringing digital files are available for downloading through Defendants' Website.

26.    In connection with the operation of the Defendants' Website, Defendants invite users to supply the website with files that infringe Plaintiff's Intellectual Property, which are reproduced, distributed and publicly displayed by and through the Defendants' Website.

27.    Defendants' Website provides its users unauthorized access to Plaintiff's Audiovisual Works, numbering at least fourteen (14) works, in streaming video format and/or links to downloadable digital copies. See attached Exhibit E for screen shots from Defendants' Website.

28.    In addition, without Plaintiff's authorization, Defendants' Website also prominently displays Plaintiff's trademarks and trade dress to entice users. See attached Exhibit E.

29.    On information and belief, Defendants also earn revenue by selling advertising space on Defendants' Website and obtain a direct financial benefit from the infringing activities of the users who directly infringe Plaintiff's Intellectual Property.

30.    On information and belief, Defendants' Website encourages users to post content that infringes Plaintiff's Intellectual Property through a reward system that gives users more extensive access according to the amount of infringing content they upload, their longevity as a website member and the extent of their activity on the website.

31.    With respect to Plaintiff's audiovisual work entitled "Pain in Da Azz", Defendants' Website provides an image of the DVD cover of the work and provides a link from which users may download digital copies of the work. See attached Exhibit E.

32.    With respect to Plaintiff's audiovisual work entitled "Big, Black, Bad and Boned", Defendants' Website allows users to view the work in streaming video format and provides a link to download digital copies of the work. See attached Exhibit E.

33.    With respect to Plaintiff's audiovisual work entitled "Booty Juice Whores", Defendants' Website allows users to view the work in streaming video format and provides a link to download digital copies of the work. See attached Exhibit E.

34.    With respect to Plaintiff's audiovisual work entitled "Dillon The One!", Defendants' Website allows users to view the work in streaming video format and provides a link to download digital copies of the work. See attached Exhibit E.

35.    With respect to Plaintiff's audiovisual work entitled "Measuring Up", Defendants' Website allows users to view the work in streaming video format, provides a link to download digital copies of the work and provides an image of the DVD cover of the work. See attached Exhibit E.

36.    With respect to Plaintiff's audiovisual work entitled "Tiger Tyson -- In the Heat", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

37.    With respect to Plaintiff's audiovisual work entitled "Black Holes", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

6

38.    With respect to Plaintiff's audiovisual work entitled "Give a Thug a Bone", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

39.    With respect to Plaintiff's audiovisual work entitled "Love of the Dick Vol. 1", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

40.    With respect to Plaintiff's audiovisual work entitled "Under Da Hood", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

41.    With respect to Plaintiff's audiovisual work entitled "Da Hating Game", Defendants' Website provides an image of the DVD cover and provides a link to download digital copies of the work. See attached Exhibit E.

42.    With respect to Plaintiff's audiovisual work entitled "Love of the Dick Vol. 2", Defendants' Website provides a link to download digital copies of the work. See attached Exhibit E.

43.    With respect to Plaintiff's audiovisual work entitled "Take 'em Down", Defendants' Website provides a link to download digital copies of the work. See attached Exhibit E.

44.    On information and belief, Defendants engage in this course of action willfully and with full knowledge and awareness of Plaintiff's copyrights in Plaintiff's Audiovisual Works.

45.    Defendants' use of Plaintiff's trademarks and trade dress is confusingly similar to Plaintiff's trademarks.

46.    Defendants' use of Plaintiff's trademarks and trade dress in connection with images and audiovisual works are in direct competition with Plaintiff's goods and are likely to cause confusion, mistake or deception among the relevant trade and public.

47.    On information and belief, Defendants engage in this course of action willfully and with full knowledge and awareness of the superior trademark rights of Plaintiff, and with the purpose and intent of confusing the relevant trade and public into mistakenly believing that Defendants' services are associated with, affiliated with, or licensed by Plaintiff.

48.    On information and belief, Defendants obfuscated the true identity of the ownership of Defendants' Website by causing materially false registration information to be provided to the domain name registry.

49.    On information and belief, Defendant obfuscated the true identity of the ownership of Defendants' Website in an effort to evade service of process by parties bringing suit for trademark and copyright infringement.

50.    Plaintiff has suffered, is suffering, and will continue to suffer, irreparable damage to its reputation, potential goodwill and monies spent towards development and the goodwill accumulated through their respective trade dress, copyright and trademarks unless Defendants are restrained by this Court.

51.    Plaintiff has no adequate remedy at law.

## FIRST CAUSE OF ACTION
### Trademark Infringement

52.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 51 as though fully set forth herein.

8

53.    Defendants' aforesaid activities constitute infringement of Plaintiff's trademarks and trade dress in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

54.    Defendants' acts complained herein are likely to cause confusion, mistake or deception among the relevant trade and public as to the existence of an affiliation, connection, or association between Defendants and Plaintiff as to the origin, sponsorship or approval of the services provided by Defendant.

## SECOND CAUSE OF ACTION
### False Designation of Origin

55.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 54 as though fully set forth herein.

56.    Defendants' aforesaid activities constitute false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C § 1125(a).

57.    Defendants' acts complained herein are likely to cause confusion, mistake or deception among the relevant trade and public as to the existence of an affiliation, connection, or association between Defendants and Plaintiff as to the origin, sponsorship or approval of the services provided by Defendant.

## THIRD CAUSE OF ACTION
### Common Law Trademark Infringement and Unfair Competition

58.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 57 as though fully set forth herein.

59.    Defendants' aforesaid activities constitute infringement of Plaintiff's trademarks and trade dress and unfair competition under the common law of the State of New York.

60.    Defendants' use of Plaintiff's trademarks and trade dress is likely to cause confusion, mistake or deception among the relevant trade and public as to the existence of an affiliation, connection, or association between Defendants and Plaintiff as to the origin, sponsorship or approval of the services provided by Defendants.

## FOURTH CAUSE OF ACTION
### Contributory Trademark Infringement

61.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 60 as though fully set forth herein.

62.    Defendants intentionally induced the infringement of Plaintiff's trademarks and trade dress through Defendants' Website and knowingly continued to supply services to infringing users of Defendants' Website.

63.    Defendants' aforesaid activities constitute contributory infringement of Plaintiff's trademarks and trade dress in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114 and Section 43(a) of the Lanham Act, 15 U.S.C § 1125(a) and the common law of the State of New York.

## FIFTH CAUSE OF ACTION
### Copyright Infringement

64.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 63 as though fully set forth herein.

65.    Defendants' acts complained herein are in direct violation of Plaintiff's exclusive right to reproduce, distribute and display Plaintiff's Audiovisual Works.

66.    Defendants' aforesaid activities constitute copyright infringement in direct violation of the Copyright Act, 17 U.S.C. §106 and §501.

## SIXTH CAUSE OF ACTION
### Contributory Copyright Infringement

67.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 66 as though fully set forth herein.

68.    Instances of copyright infringement occur, *inter alia*, whenever one of the users of Defendants' Website, without authorization of the Plaintiff, uses Defendants' Website to display, download, reproduce and distribute Plaintiff's Audiovisual Works. Such acts constitute unauthorized reproduction and distribution and result in unauthorized copies. Defendants knowingly participate in, facilitate, materially contribute to and encourage the infringements of Plaintiff's Audiovisual Works.

69.    Defendants' aforesaid activities constitute contributory copyright infringement.

## SEVENTH CAUSE OF ACTION
### Vicarious Copyright Infringement

70.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 though 69 as though fully set forth herein.

71.    Defendants as owners, creators and operators of Defendants' Website have the right and ability to control the infringing acts of the individuals who directly infringed Plaintiff's Audiovisual Works.

72.    Each act of infringement of Plaintiff's Audiovisual Works served to draw new visitors to Defendants' Website.

73.    Defendants earned revenue by selling advertising on Defendants' Website and obtained a direct financial benefit from the infringing activities of the users who directly infringed Plaintiff's Audiovisual Works.

74.    Defendants' aforesaid activities constitute vicarious copyright infringement.

**WHEREFORE**, Plaintiff prays that:

A.    Defendants, their agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendants, be enjoined and restrained, during the pendency of this action as preliminary injunction and permanently thereafter from:

1.    Using, copying or otherwise exploiting Plaintiff's copyrights and copyrighted works;

2.    Using, disclosing, converting, appropriating, retaining, selling, transferring or copying any property of Plaintiff;

3.    Using any of the marks attached hereto as Exhibit C and Exhibit D, or any colorable imitation of any of the marks attached hereto as Exhibit C and Exhibit D, in connection with the distribution of images and content at Defendants' Website;

4.    Doing any other act or thing likely to, or calculated to, induce the belief that Defendants or Defendants' business is in any way affiliated, connected or associated with Plaintiff, or Plaintiff's business;

5.      Unfairly competing with Plaintiff in any manner.

B.      Within ten (10) days after the entry of an order for either preliminary or permanent injunction, Defendants be required to turn over any files bearing any of the trademarks in Exhibit C and Exhibit D;

C.      Defendants, their agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendants be required to deliver up for destruction all digital videos, DVDs, DVD covers, labels, letterhead, business cards, signs, prints, packages, wrappers, receptacles, advertisements and the like in their possession bearing the name or mark of any of the trademarks in Exhibit C and Exhibit D or any other reproduction, counterfeit, copy or colorable imitation of the trademarks listed in Exhibit C and Exhibit D.

D.      Plaintiff recover the Defendants' profits, as well as the damages sustained by Plaintiff due to Defendants' infringement of Plaintiff's trademark rights, such amount of profits and damages to be trebled.

E.      Defendants be required in accordance with 15 U.S.C § 1116 to file with the Court and serve upon Plaintiff a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the terms of the injunction.

F.      Awarding Plaintiff such damages, including enhanced, compensatory and punitive damages, as are appropriate in view of the conduct, including the willful conduct, on the part of Defendants.

G.      Defendants be required to pay Plaintiff the costs of this action, together with reasonable attorney's fees and disbursements.

H.      Plaintiff be awarded statutory damages, pursuant to the Copyright Act and Lanham Act.

I.     Plaintiff be awarded the website www.thugstatus.com.

J.     Plaintiff to have such other and further relief as this Court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all issues properly triable by jury in this action.

Dated: December 7, 2009

Respectfully submitted,

Dariush Keyhani (DK 9673)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Direct Dial:  (646) 536-5692
Facsimile (212) 202-3819
dkeyhani@meredithkeyhani.com

Exhibit A

| Title | Copyright Registration No. |
|---|---|
| Big, Black, Bad and Boned | pa 1-617-261 |
| Black Holes | pa 1-333-944 |
| Booty Juice Whores | pa 1-618-752 |
| Dillon The One | pa 1-375-450 |
| Give a Thug a Bone | pa 1-624-117 |
| Pain in Da Azz | pa 1-375-465 |
| Love of the Dick Vol. 1 | pa 1-375-451 |
| Love of the Dick Vol. 2 | pa 1-375-461 |
| Love of the Dick Vol. 4, Classified | pa 1-374-151 |
| Measuring Up | pa 1-624-088 |
| Take 'em Down | pa 1-366-908 |
| Tiger Tyson -- In The Heat | pa 1-385-348 |



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pitbull productions

Search Results: Displaying 5 of 57 entries

previous    next

Labeled View

### *Big, Black, Bad & Boned.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001617261 / 2008-10-14 |
| **Application Title:** | Big, Black, Bad & Boned. |
| **Title:** | Big, Black, Bad & Boned. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Pitbull Productions, Inc. Address: 200 East 116th Street, Suite 2N, New York, NY 10029. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-09-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Pitbull Productions, Inc. (author of pseudonymous work), employer for hire; Domicile: United States. Authorship: Entire Motion Picture (Adult) |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Pitbull Productions, Inc. |

Done

WebVoyage Record View 1 - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=8&ti=1,8&Search_Arg=pitbull productions&Search_Code=    Google

Most Visited    Getting Started    Latest Headlines

WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull productions
Search Results: Displaying 8 of 57 entries

[previous]    [next]

Labeled View

*Booty Juice Whores.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001618752 / 2008-10-09
**Application Title:** Booty Juice Whores.
**Title:** Booty Juice Whores.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Pitbull Productions, Inc. Address: 200 East 116th Street, Suite 2N, New York, NY, 10029.
**Date of Creation:** 2008
**Date of Publication:** 2008-09-23
**Nation of First Publication:** United States
**Authorship on Application:** Pitbull Productions, Inc. (author of pseudonymous work), employer for hire; Domicile: United States. Authorship: entire motion picture (adult)
**Names:** Pitbull Productions, Inc.

Done



WebVoyage Record View 1 - Mozilla Firefox

File　Edit　View　History　Bookmarks　Tools　Help

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=19&ti=1,19&Search_Arg=pitbull productions&Search_Cod　▾　　Google

Most Visited　　Getting Started　　Latest Headlines

WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pitbull productions

Search Results: Displaying 19 of 57 entries

◀ previous　　next ▶

Labeled View

*Love of the Dick :*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001375461 / 2007-04-12

**Title:** Love of the Dick : vol. 2.

**Description:** Videodisc (DVD)

**Copyright Claimant:** Pitbull Productions, Inc. (employer for hire)

**Date of Creation:** 2006

**Date of Publication:** 2006-05-01

**Copyright Note:** Cataloged from appl. only.

**Names:** Pitbull Productions, Inc.

◀ previous　　next ▶

Done



WebVoyage Record View 1 - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=24&ti=1,24&Search_Arg=pitbull productions&Search_Cod    Google

Most Visited    Getting Started    Latest Headlines

WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull productions
Search Results: Displaying 24 of 57 entries

[ ◀ previous ]    [ next ▶ ]

Labeled View

*Measuring Up.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001624088 / 2008-02-21
**Application Title:** Measuring Up.
**Title:** Measuring Up.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Pitbull Productions, Inc. Address: 200 East 116th Street, Suite 2N, New York, NY 10029.
**Date of Creation:** 2007
**Date of Publication:** 2008-01-07
**Nation of First Publication:** United States
**Authorship on Application:** Pitbull Productions, Inc. (author of pseudonymous work), employer for hire; Domicile: United States. Authorship: ENTIRE MOTION PICTURE (ADULT)
**Names:** Pitbull Productions, Inc.

Done



File   Edit   View   History   Bookmarks   Tools   Help

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=50&ti=26,50&Search_Arg=pitbull productions&Search_Co ☆  ▾    Google

Most Visited   Getting Started   Latest Headlines

WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull productions
Search Results: Displaying 50 of 57 entries

◄ previous    next ►

Labeled View

*Tiger Tyson—in the heat.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001385348 / 2007-07-11
**Title:** Tiger Tyson--in the heat.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Pitbull Productions, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-12-01
**Copyright Note:** Cataloged from appl. only.
**Other Title:** In the heat
**Names:** Pitbull Productions, Inc.

◄ previous    next ►

Done

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-375-451**

EFFECTIVE DATE OF REGISTRATION

*April 13, 2007*

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

LOVE OF THE DICK VOL. 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☑ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2005 ◄ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month January Day 1 Year 2006
ONLY if this work has been published.     USA          Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007

ONE DEPOSIT RECEIVED
APR 13 2007  DVD1D

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY  DBC                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE
    Yes                                            FOR
                                                   COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No · If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                             Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number  ( 646 )  546-5253        Fax number  ( 212 )  202-3819

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶   ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☑ authorized agent of  PITBULL PRODUCTIONS, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE                                   Date  4/5/07

Handwritten signature (X) ▼

x _(signature)_

Certificate       Name ▼
will be           Jennifer Meredith- Meredith & Keyhani, PLLC
mailed in         Number/Street/Apt ▼
window            330 Madison Avenue- 6th Floor
envelope          City/State/Zip ▼
to this           New York, New York 10017
address:

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev 07/2006   Print 07/2006—xx,000   Printed on recycled paper      U.S. Government Printing Office 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-366-908**

EFFECTIVE DATE OF REGISTRATION

3 13 07
Month Day Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

TAKE 'EM DOWN

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

ENTIRE MOTION PICTURE (ADULT)

---

**2**

**a** NAME OF AUTHOR ▼

PITBULL PRODUCTIONS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month January Day 4 Year 2006
Nation USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 1 3 2007
ONE DEPOSIT RECEIVED

MAR 1 3 2007
TWO DEPOSITS RECEIVED
DVD 1D

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼                                                         Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
330 Madison Avenue - 6th Floor
New York, NY 10017

Area code and daytime telephone number  ( 646 )  546-5253          Fax number  ( 212 )  202-3819
Email  jmeredith@meredithkeyhani.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
☑ author
☐ other copyright claimant
☐ owner of exclusive rights)
☐ authorized agent of _____
                              Name of author or other copyright claimant, or owner of exclusive rights) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andre Maisonette                                           Date  3/1/07

Handwritten signature (X) ▼
X

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue - 6th Floor
City/State/Zip ▼
New York, NY 10017

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 07/2003  Print: 07/2003 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIS   **PA 1-374-151**

EFFECTIVE DATE OF REGISTRATION
MAR 13 2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
LOVE OF THE DICK VOL. IV CLASSIFIED

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
ENTIRE MOTION PICTURE (ADULT)

**2**
**a** NAME OF AUTHOR ▼
PITBULL PRODUCTIONS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒Yes  ☐No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____
Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐Yes ☒No
Pseudonymous? ☒Yes ☐No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE

**NOTE**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐Yes ☐No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐Yes ☐No
Pseudonymous? ☐Yes ☐No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐Yes ☐No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐Yes ☐No
Pseudonymous? ☐Yes ☐No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month August Day 5 Year 2006 Nation USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

APPLICATION RECEIVED MAR 13 2007
ONE DEPOSIT RECEIVED MAR 13 2007 5-7-07
TWO DEPOSITS RECEIVED DVD
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.
DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes [ ] No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith- Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, NY 10017

**b**

**7**

Area code and daytime telephone number ( 646 ) 546-5253        Fax number ( 212 ) 202-3819
Email jmeredith@meredithkeyhani.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[ ] authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andre Maisonette        Date 3/1/07

Handwritten signature (X) ▼
x

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Jennifer Meredith- Meredith & Keyhani, PLLC |
| --- | --- |
| | Number/Street/Apt ▼ 330 Madison Avenue- 6th Floor |
| | City/State/Zip ▼ New York, NY 10017 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full Rev 07/2003  Print 07/2003 — 30,000  Printed on recycled paper        U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-375-465**

EFFECTIVE DATE OF REGISTRATION

April 13, 2007
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PAIN IN DA AZZ

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of _____
☐ Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.

2006

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January Day 26 Year 2007
USA     Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼ _____  Year of Registration ▼ _____

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ _____  Account Number ▼ _____

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253   Fax number ( 212 ) 202-3819
Email _____

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of PITBULL PRODUCTIONS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE   Date 4/5/07

Handwritten signature (X) ▼
X _____

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev: 07/2006   Print: 07/2006 — xx,000   Printed on recycled paper   U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-624-117

**Effective date of registration:**

February 21, 2008

## Title

**Title of Work:** Give a Thug a bone

**Nature of Work:** ENTIRE MOTION PICTURE (ADULT)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 7, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** Pitbull Productions, Inc.

**Author Created:** ENTIRE MOTION PICTURE (ADULT)

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No          **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Pitbull Productions, Inc.

200 East 116th Street, Suite 2N, New York, NY 10029

## Certification

**Name:** ANDRE MAISONETTE

IPN#:

Registration #:    PA0001624117

Service Request #:   1-53933856

Meredith & Keyhani, PLLC
Jennifer Meredith
330 Madison Avenue - 6th Floor
New York, NY 10017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-333-944**

EFFECTIVE DATE OF REGISTRATION

Month **4**  Day **16**  Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1
TITLE OF THIS WORK ▼

**BLACK HOLES**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

**ENTIRE MOTION PICTURE (ADULT)**

## 2
**a**  NAME OF AUTHOR ▼

**PITBULL PRODUCTIONS  INC**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
**ENTIRE MOTION PICTURE (ADULT)**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
**2004** ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month **January** Day **7** Year **2005**
ONLY if this work has been published. **USA** Nation

## 4
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Pitbull Productions  Inc  200 East 116th Street  Suite 2N  New York, New York 10029**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**APR 16 2007**
ONE DEPOSIT RECEIVED
**APR 16 2007**  **6/1/07**
TWO DEPOSITS RECEIVED
**DVD/D**
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY | NLG | FORM PA |
|---|---|---|
| CHECKED BY | | |

☑ **CORRESPONDENCE**
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes, give  Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / Zip ▼
Jennifer Meredith   Meredith & Keyhani  PLLC
330 Madison Avenue  6th Floor
New York  New York 10017

**b**

Area code and daytime telephone number    ( 646  ) 546-5253        Fax number  ( 212  ) 202 3819
Email

**CERTIFICATION\*** I the undersigned  hereby certify that I am the
                                    ☐ author
Check only one ▶    ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☑ authorized agent of  PITBULL PRODUCTIONS  INC
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
ANDRE MAISONETTE                                                    Date  4/5/ 67

Handwritten signature (X) ▼

X

| Certificate | Name ▼ |
|---|---|
| will be | Jennifer Meredith  Meredith & Keyhani  PLLC |
| mailed in | |
| window | Number/Street/Apt ▼ |
| envelope | 330 Madison Avenue  6th Floor |
| to this | |
| address | City/State/Zip ▼ |
| | New York  New York 10017 |

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application  shall be fined not more than $2,500

Form PA  P 6  Rev 07/2008  Print 07/2008 — xx,000   Printed on recycled paper                                    U S Government P rinting Office  2008-xxx-xxx/60 xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing . . .

**PA 1-375-450**

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

April 13, 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DILLON THE ONE!

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☒ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month July Day 1 Year 2006
USA
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007

TWO DEPOSITS RECEIVED
APR 13 2007

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE                                    Date  9/5/07

Handwritten signature (X) ▼

☞  X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Jennifer Meredith- Meredith & Keyhani, PLLC | |
|---|---|---|
| | Number/Street/Apt ▼ 330 Madison Avenue- 6th Floor | |
| | City/State/Zip ▼ New York, New York 10017 | |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full   Rev: 07/2005   Print: 07/2005 — xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2005-xxx-xxx/60,xxx

Exhibit B

**Title**

Da Hating Game
Under Da Hood

Exhibit C

a. U.S. Registration No. 3129121 for THUG PORN for "Production of video in the adult entertainment field" (the "Thug Porn Mark");

b. U.S. Registration No. 2934966 for THUGPORN.COM for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website on the internet";

c. U.S. Registration No. 3192256 for HOT & CREAMY for "Pre-recorded CD's, video tapes, laser disks and DVD's featuring adult entertainment using blatino models";

d. U.S. Registration No. 2938064 for THUGPORN.COM SINCE 2003 for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website";

e. U.S. Registration No. 2934966 for THUGPORN.COM for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website on the internet";

f. U.S. Registration No. 2975836 for TP THUGPORN.COM SINCE 2003 for "Videotapes featuring adult entertainment";

g. U.S. Registration No. 3594285 for THUGMART for "Online retail stores services featuring video tapes and DVDS, all in the field of adult entertainment";

h. U.S. Application Serial No. 77587612 for BLATINO for "Digital materials, namely, DVDs, downloadable audio and video recordings featuring adult entertainment; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring adult entertainment; DVDs featuring adult entertainment";

Exhibit D

**Title**

Big, Black, Bad and Boned
Black Holes
Booty Juice Whores
Da Hating Game
Dillon The One
Give a Thug a Bone
Pain in Da Azz
Love of the Dick Vol. 1
Love of the Dick Vol. 2
Love of the Dick Vol. 4, Classified
Measuring Up
Take 'em Down
Tiger Tyson -- In The Heat
Under Da Hood



Love of the Dick 4



Big Black Bad & Boned



Love of the Dick Vol.2



Black Holes



Give a Thug a Bone



Da Hating Game



Tiger Tyson In the Heat



Measuring Up



Love of the Dick Vol.1



Dillion the One



Under Da Hood



Lil Nellie Pain in the A$$





Take em Down



Booty Juice Whores

Exhibit E



All screenshots are from thugstatus.com, collected 11-15-09.  All links verified to play/download the listed Pitbull Productions Movie.



**Lil Nellie Pain in the A$$**



Big Black Bad and Boned



Booty Juice Whores



Dillion the One



Measuring Up



Tiger Tyson In the Heat



Black Holes



Give a Thug a Bone



Love of the Dick Vol.1



Under Da Hood



Da Hating Game



Love of the Dick Vol.2



Love of the Dick 4



**Take em Down**