IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PITBULL PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THUGSTATUS, JOHN DOES 1-5, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:09-cv-10033 |

**DISCLOSURE OF INTERESTED PARTIES UNDER FED. R. CIV. P. RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that no corporate parents, affiliates and/or subsidiaries of said party are publicly held.

Date:  December 9, 2009

*Dariush Keyhani*
Dariush Keyhani
Attorney Bar Code: DK-9673